# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. ALEXANDER ROSS, an Individual, and A. CAVALLO VIOLINS, LLC, a Nebraska limited liability company,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>GUY RABUT, an Individual, CHARLES RUFINO, an Individual, and MARILYN WALLIN, an Individual,<br><br>　　　　　Defendants. | Case No. 8:12-cv-405-JFB-TDT<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court upon the parties' Joint Stipulation for Dismissal of the lawsuit with prejudice (Filing No. 25). Upon consideration thereof, the Court being fully advised in the premises, finds that dismissal should be granted. It is therefore ORDERED that the case is dismissed with prejudice, with each party bearing their own costs and fees.

DATED this 18th day of July, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　United States District Court Judge

OMA-357790-1